Dennis Wilson (Bar No. 155407)
Email: DWilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
Email: DCaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Of Counsel:
R. Charles Henn Jr.
Email: chenn@kilpatrickstockton.com
Sara M. Vanderhoff
Email: svanderhoff@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555

Attorneys for Plaintiffs adidas America, Inc. and adidas AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG,<br><br>                      Plaintiffs,<br>v.<br><br>HAPPY NEW STAR, INC., J&C (USA) GROUP, INC., KAREN & DAVID (USA) INC., MAXWELL INT'L GROUP, MULTIWEAR CORP., PAL MAL INT'L INC., individually and d/b/a BOZZ and AIR-MAX TRADING, INC., MEI AO HANG SHOES INC., and JIE MING YE, individually and d/b/a as MEI AO HANG SHOES INC.,<br><br>                      Defendants. | Case No.: CV09-09058 CAS (FMOx)<br><br>**PERMANENT INJUNCTION ON CONSENT (REGARDING PAL MAL INT'L INC.)** |

1  This Court, having considered the Complaint on file in this action, and Defendant Pal Mal Int'l Inc., individually and doing business as Bozz and Air-Max Trading, Inc. ("Pal Mal"), a California corporation, having consented to the terms of the permanent injunction set forth below, this Court hereby finds as follows:

 1. Plaintiffs adidas AG and adidas America, Inc. (collectively, "adidas") own and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329, 3,183,656, 3,183,663, and 3,236,505 (the "Three-Stripe Registrations"). Copies of the Three-Stripe Registrations are attached hereto collectively as Exhibit A.

 2. On December 9, 2009, adidas filed a complaint in the instant action claiming, *inter alia*, that Pal Mal advertised, distributed, offered for sale and sold footwear bearing two and four parallel stripes in a manner that infringes adidas's rights in and dilutes the distinctive quality of adidas's Three-Stripe Mark (the "Disputed Footwear"). Photographs of representative examples of the Disputed Footwear are attached hereto as Exhibit B.

 3. This Court has jurisdiction over the subject matter of this action and over Pal Mal and venue in this action is proper in this judicial district.

**IT IS HEREBY ORDERED** that:

 1. Pal Mal and all its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Pal Mal, or in concert or participation with Pal Mal, and each of them, be PERMANENTLY ENJOINED and RESTRAINED, from:

  a. manufacturing, selling, offering for sale, advertising, promoting, distributing or displaying the Disputed Footwear; and

  b. manufacturing, selling, offering for sale, advertising, promoting, distributing or displaying any other footwear bearing the Three-Stripe Mark or any other confusingly similar imitation of adidas's Three-Stripe Mark, including without

-1-  PERMANENT INJUNCTION ON CONSENT

limitation any footwear having a design, mark, or feature on the side of the upper that consists of (1) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Three-Stripe Registrations) with one additional stripe; or (2) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Three-Stripe Registrations) less one of the three stripes.

2. The Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

IT IS SO ORDERED, this 18th day of February, 2010.

_____
The Honorable Christina A. Snyder
United States District Judge

CONSENTED TO BY:

PAL MAL INT'L INC.

By:_____

Name:_____

Title:_____

Date:_____


AND BY:

ADIDAS AG & ADIDAS AMERICA, INC.

By:_____

Name:_____

Title:_____

Date:_____