Dennis Wilson (Bar No. 155407)
Email: DWilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
Email: DCaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Of Counsel:
R. Charles Henn Jr.
Email: chenn@kilpatrickstockton.com
Sara M. Vanderhoff
Email: svanderhoff@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiffs adidas America, Inc. and adidas AG

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., and ADIDAS AG,<br><br>Plaintiffs,<br><br>v.<br><br>HAPPY NEW STAR, INC., J&C (USA) GROUP, INC., KAREN & DAVID (USA) INC., MAXWELL INT'L GROUP, MULTIWEAR CORP., PAL MAL INT'L INC., individually and d/b/a BOZZ and AIR-MAX TRADING, INC., MEI AO HANG SHOES INC., and JIE MING YE, individually and d/b/a as MEI AO HANG SHOES INC.,<br><br>Defendants. | Case No.: CV09-09058 CAS<br><br>**PERMANENT INJUNCTION ON CONSENT (REGARDING HAPPY NEW STAR, INC.)** |

1    This Court, having considered the Complaint on file in this action, and Defendant Happy

2    New Star, Inc. ("Happy New Star"), a California corporation, having consented to the terms of the

3    permanent injunction set forth below, this Court hereby finds as follows:

4        1.    Plaintiffs adidas AG and adidas America, Inc. (collectively, "adidas") own and

5    extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is covered by valid

6    U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956, 1,833,868, 2,016,963, 2,058,619,

7    2,278,589, 2,278,591, 2,284,308, 2,909,861, 2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742,

8    3,063,745, 3,087,329, 3,183,656, 3,183,663, and 3,236,505 (the "Three-Stripe Registrations").

9    Copies of the Three-Stripe Registrations are attached hereto collectively as Exhibit A.

10       2.    On December 9, 2009, adidas filed a complaint in the instant action claiming, *inter*

11   *alia*, that Happy New Star advertised, distributed, offered for sale and sold footwear bearing two and

12   four parallel stripes in a manner that infringes adidas's rights in and dilutes the distinctive quality of

13   adidas's Three-Stripe Mark (the "Disputed Footwear"). Photographs of representative examples of

14   the Disputed Footwear are attached hereto as Exhibit B.

15       3.    This Court has jurisdiction over the subject matter of this action and over Happy New

16   Star and venue in this action is proper in this judicial district.

17   **IT IS HEREBY ORDERED** that:

18       1.    Happy New Star and all its agents, officers, employees, representatives, successors,

19   assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Happy

20   New Star, or in concert or participation with Happy New Star, and each of them, be

21   PERMANENTLY ENJOINED and RESTRAINED, from:

22            a.   manufacturing, selling, offering for sale, advertising, promoting, distributing

23                 or displaying the Disputed Footwear; and

24            b.   manufacturing, selling, offering for sale, advertising, promoting, distributing

25                 or displaying any other footwear bearing the Three-Stripe Mark or any other

26                 confusingly similar imitation of adidas's Three-Stripe Mark, including without

27                 limitation any footwear having a design, mark, or feature on the side of the

28                                        -1-            PERMANENT INJUNCTION ON CONSENT

1  upper that consists of (1) the Three-Stripe Mark (in a similar position, size and

2  spacing as depicted in the Three-Stripe Registrations) with one additional

3  stripe; or (2) the Three-Stripe Mark (in a similar position, size and spacing as

4  depicted in the Three-Stripe Registrations) less one of the three stripes.

5      2.     The Court shall have continuing jurisdiction to enforce the provisions of the

6  permanent injunction entered herein.

7      IT IS SO ORDERED, this _____ day of January, 2010.

8

9  *See page 2a*

   The Honorable Christina A. Snyder

10  United States District Court Judge

11  CONSENTED TO BY:

12  HAPPY NEW STAR, INC.

13  By:_____

14  Name:_____

15  Title:_____

16  Date:_____

17

18  AND BY:

19  ADIDAS AG & ADIDAS AMERICA, INC.

20  By:_____

21  Name:___T. G. J. BEHLAU_____

22  Title:__GENERAL COUNSEL, GROUP IP___

23  Date:___23 FEB 2010_____

24

25

26

27

28

-2-          PERMANENT INJUNCTION ON CONSENT

1     upper that consists of (1) the Three-Stripe Mark (in a similar position, size and

2     spacing as depicted in the Three-Stripe Registrations) with one additional

3     stripe; or (2) the Three-Stripe Mark (in a similar position, size and spacing as

4     depicted in the Three-Stripe Registrations) less one of the three stripes.

5        2.    The Court shall have continuing jurisdiction to enforce the provisions of the

6     permanent injunction entered herein.

7        IT IS SO ORDERED, this _24th_ day of ~~January~~ _February_, 2010.

8

9                      _Christina A. Snyder_

                          The Honorable Christina A. Snyder

10                    United States District Court Judge

11     CONSENTED TO BY:

12     HAPPY NEW STAR, INC.

13     By:_JIANLIANG LIN_

14     Name:_Jian liang   Lin_

15     Title:_President_

16     Date:_01-29-2010_

17

18     AND BY:

19     ADIDAS AG & ADIDAS AMERICA, INC.

20     By:_____

21     Name:_____

22     Title:_____

23     Date:_____

24

25

26

27

28

# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 570,136

Registered May 27, 1969

Renewal Approved Apr. 3, 1990

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORATION) HERZOGENAURACH, FED REP GERMANY, BY MERGER WITH AND CHANGE OF NAME FROM ADIDAS-SPORTSCHUHFABRIKEN ADI DASSLER K.G. (FED REP GERMANY FIRM), HERZOGENAURACH, NEAR NUREMBERG, FED REP GERMANY

OWNER OF U.S. REG. NOS. 631,512, 730,673 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL BANDS EXTENDING ALONG THE LENGTH OF EACH

SLEEVE OF THE TRAINING SUIT AND ALONG THE LENGTH OF EACH LEG OF THE TROUSERS, THE BANDS ON THE SLEEVES BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE SLEEVE AND THE BANDS ON THE LEGS OF THE TROUSERS BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE TROUSER LEGS.

FOR: ATHLETIC TRAINING SUITS, IN CLASS 39 (INT. CL. 25).

FIRST USE 2-0-1967; IN COMMERCE 6-3-1967.

SER. NO. 72-308,470, FILED 7-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 15, 1990.*

EXHIBIT  A

PAGE  3

# United States Patent Office

**961,353**
Registered June 19, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 358,533, filed May 1, 1970



Adidas Sportschuhfabriken Adi Dassler K.G.
Am Bahnhof, Herzogenaurach
Nurenberg, Germany

For: SPECIAL PURPOSE ATHLETIC SHOES, in CLASS 22 (INT. CL. 25).

For: GENERAL PURPOSE SPORT SHOES, in CLASS 39 (INT. CL. 25).
First use 1967; in commerce 1967.

The mark comprises three white stripes extending across the blue background of the box container and the outline of the container box is made to appear in broken lines.
Owner of U.S. Reg. Nos. 631,912, 870,136, and others.

EXHIBIT ___A___

PAGE ___4___

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,815,956

United States Patent and Trademark Office    Registered Jan. 11, 1994

TRADEMARK
PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT
STOCK COMPANY)
D-8522 HERZOGENAURACH, FED REP GER-
MANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25
(U.S. CL. 39).

FIRST USE 0-0-1952;  IN  COMMERCE
0-0-1952.
SEC. 2(F).

SER. NO. 74-253,912, FILED 3-16-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

EXHIBIT _A_
PAGE __5__

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,833,868

**United States Patent and Trademark Office**    Registered May 3, 1994

TRADEMARK
PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT
  STOCK COMPANY)
D-8522 HERZOGENAURACK, FED REP GER-
  MANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25
(U.S. CL. 39).

FIRST USE 0-0-1949; IN COMMERCE
0-0-1972.
SEC. 2(F).

SER. NO. 74-261,512, FILED 4-7-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

EXHIBIT    A

PAGE    6

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,016,963**
**Registered Nov. 19, 1996**

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY JACKETS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.
OWNER OF U.S. REG. NO. 870,136.

THE MARK CONSISTS OF THREE PARAL-
LEL BANDS POSITIONED ALONG THE
LENGTH OF EACH SLEEVE OF A JACKET.
THE DOTTED OUTLINE OF A JACKET IS
NOT PART OF THE MARK BUT IS MERELY
INTENDED TO SHOW THE POSITION OF THE
MARK.
SEC. 2(F).

SER. NO. 74-653,296, FILED 3-28-1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

EXHIBIT _A_
PAGE _7_

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,058,619

**United States Patent and Trademark Office**

Registered May 6, 1997

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D–91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY SHIRTS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST   USE   0-0-1967;   IN   COMMERCE
0-0-1967.
OWNER OF U.S. REG. NO. 870,136.

THE MARK CONSISTS OF THREE PARAL-
LEL BANDS POSITIONED ALONG THE
LENGTH OF EACH SLEEVE OF A SHIRT. THE
DOTTED OUTLINE OF A SHIRT IS NOT PART
OF THE MARK BUT IS MERELY INTENDED
TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74–653,301, FILED 3–28–1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

EXHIBIT _A_
PAGE _6_

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,278,589

Registered Sep. 21, 1999

**TRADEMARK**
**PRINCIPAL REGISTER**



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH
D-91072, FED REP GERMANY

FOR: ATHLETIC AND LEISURE FOOT-
WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 0-0-1952; IN COMMERCE
0-0-1952.

OWNER OF U.S. REG. NOS. 870,136, 1,815,956,
AND 1,833,868.

SEC. 2(F).

SER. NO. 74-644,822, FILED 3-7-1995.

CHARLES WEIGELL, EXAMINING ATTOR-
NEY

EXHIBIT ___A___
PAGE ___9___

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,278,591

United States Patent and Trademark Office

Registered Sep. 21, 1999

Corrected

OG Date July 11, 2000

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GER-
MANY JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP
GERMANY, BY CHANGE OF NAME
ADIDAS AG (FED REP GERMANY COR-
PORATION) HERZOGENAURACH D-91072,
FED REP GERMANY

OWNER OF U.S. REG. NOS. 870,136,
1,815,956 AND 1,833,868.
THE MARK CONSISTS THREE PARALLEL
BANDS EXTENDING ALONG THE LENGTH
OF EACH LEG OF THE SHORTS, THE

BANDS BEING OF CONTRASTING COLOR
TO THAT OF THE REMAINDER OF THE
SHORTS. THE DOTTED LINES ARE NOT A
PART OF THE MARK AND ONLY USED TO
INDICATE POSITION.

SEC. 2(F).

FOR: SPORTS AND LEISURE WEAR,
NAMELY, SHORTS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.

SER. NO. 74-653,303, FILED 3-28-1995.

*In testimony whereof I have hereunto set my hand and
caused the seal of The Patent and Trademark Office to
be affixed on July 11, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT   A

PAGE   10

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,284,308

Registered Oct. 12, 1999

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
  JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH, FED REP GERMANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY PANTS, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 0-0-1967; IN COMMERCE
0-0-1967.
OWNER OF U.S. REG. NOS. 870,136, 1,815,956,
AND 1,833,846.
THE MARK CONSISTS THREE PARALLEL
BANDS EXTENDING ALONG THE LENGTH

OF EACH LEG OF THE PANTS, THE BANDS
BEING OF CONTRASTING COLOR TO THAT
OF THE REMAINDER OF THE PANTS. THE
DOTTED LINES ARE NOT A PART OF THE
MARK AND ONLY USED TO INDICATE POSI-
TION.

SEC. 2(F).

SER. NO. 74-653,302, FILED 3-28-1995.

RUDY R. SINGLETON, EXAMINING ATTOR-
NEY

EXHIBIT   A
PAGE   11

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,909,861
Registered Dec. 14, 2004

TRADEMARK
PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
JOINT STOCK COMPANY)
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 991,774, 1,351,031 AND
OTHERS.

THE MARK CONSISTS OF THREE STRIPES
POSITIONED ON THE TOP PART OF A SLIDE.
THE DOTTED OUTLINE OF THE SLIDE IS NOT
CLAIMED AS PART OF THE MARK AND IS
INTENDED ONLY TO SHOW THE POSITION OF
THE MARK.

SEC. 2(F).

SER. NO. 76-531,513, FILED 7-19-2003.

NANCY CLARKE, EXAMINING ATTORNEY

EXHIBIT   A

PAGE   12

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,999,646

**United States Patent and Trademark Office**    Registered Sep. 27, 2005

TRADEMARK
PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED. REP. GERMANY JOINT STOCK COMPANY)
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED. REP. GERMANY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 870,136, 2,284,301 AND OTHERS.

SEC. 2(F).

SER. NO. 76-531,367, FILED 7-24-2003.

KIM SAITO, EXAMINING ATTORNEY

EXHIBIT    A

PAGE    13

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,029,127**

## United States Patent and Trademark Office

Registered Dec. 13, 2005

### TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
   AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEAT-
SHIRTS, JACKETS AND COATS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

OWNER OF U.S. REG. NOS. 870,136, 2,016,963,
AND 2,058,619.

THE MARK CONSISTS OF THREE PARALLEL
STRIPES RUNNING ALONG THE SLEEVE OF A
SHIRT, T-SHIRT, SWEATSHIRT, JACKET OR COAT.
THE DOTTED OUTLINE OF THE GARMENT IS
NOT CLAIMED AS PART OF THE MARK AND IS
INTENDED ONLY TO SHOW THE POSITION OF
THE MARK.

SEC. 2(F).

SER. NO. 78-539,470, FILED 12-29-2004.

BARNEY CHARLON, EXAMINING ATTORNEY

EXHIBIT _A_

PAGE _14_

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No.

## United States Patent and Trademark Office

Registered

### TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL
STRIPES APPLIED TO FOOTWEAR. THE STRIPES

ARE POSITIONED ON THE FOOTWEAR UPPER IN
THE AREA BETWEEN THE LACES AND THE SOLE.
THE DOTTED OUTLINE OF THE FOOTWEAR IS
NOT CLAIMED AS PART OF THE MARK AND IS
INTENDED ONLY TO SHOW THE POSITION OF
THE MARK.

SEC. 2(F).

SER. NO. 78-539,629, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

EXHIBIT     A

PAGE     15

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,029,135

**United States Patent and Trademark Office**   Registered Dec. 13, 2005

TRADEMARK
PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
AKTIENGESELLSCHAFT (AG))
ADI-DASSLER-STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL
STRIPES WITH SERRATED EDGES APPLIED TO

FOOTWEAR. THE STRIPES ARE POSITIONED ON
THE FOOTWEAR UPPER IN THE AREA BETWEEN
THE LACES AND THE SOLE. THE DOTTED OUT-
LINE OF THE FOOTWEAR IS NOT CLAIMED AS
PART OF THE MARK AND IS INTENDED ONLY
TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,754, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

EXHIBIT   A
PAGE   16

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,063,742

**United States Patent and Trademark Office**    Registered Feb. 28, 2006

### TRADEMARK
#### PRINCIPAL REGISTER



ADIDAS INTERNATIONAL MARKETING B.V. (NETHERLANDS) PRIVATE LIMITED LIABILITY COMPANY)
KONINGIN WILHELMINAPLEIN 30
1062 KR AMSTERDAM, NETHERLANDS

FOR: PANTS, SHORTS, SKORTS, FOOTWEAR, SHIRTS, VESTS, SOCKS, JACKETS, SWEATERS,

HEADWEAR, VISORS, PULLOVERS, RAINSUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2004; IN COMMERCE 1-15-2004.

SER. NO. 78-591,687, FILED 3-21-2005.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,063,745

Registered Feb. 28, 2006

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS INTERNATIONAL MARKETING B.V.
(NETHERLANDS PRIVATE LIMITED LIABI-
LITY COMPANY)
KONINGIN WILHELMINAPLEIN 30
1062 KR AMSTERDAM, NETHERLANDS

FOR: PANTS, SHORTS, SKORTS, FOOTWEAR,
SHIRTS, VESTS, SOCKS, JACKETS, SWEATERS,

HEADWEAR, VISORS, PULLOVERS, RAINSUITS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-2004; IN COMMERCE 1-15-2004.

SER. NO. 78-591,755, FILED 3-21-2005.

GLENN CLARK, EXAMINING ATTORNEY

EXHIBIT ___*A*___

PAGE ___18___

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,087,329
Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY
AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-
NY

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS,
SWEATSHIRTS, VESTS, JACKETS AND COATS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

THE MARK CONSISTS OF THREE PARALLEL
STRIPES RUNNING ALONG THE SIDE OF A

SHIRT, T-SHIRT, SWEATSHIRT, VEST, JACKET
OR COAT. THE DOTTED OUTLINE OF THE GAR-
MENT IS NOT CLAIMED AS PART OF THE MARK
AND IS INTENDED ONLY TO SHOW THE POSI-
TION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,504, FILED 12-29-2004.

HOWARD SMIGA, EXAMINING ATTORNEY

EXHIBIT   A
PAGE   19

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,183,656
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 870,136, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING AROUND THE HEADWEAR.

SEC. 2(F).

SER. NO. 78-802,316, FILED 1-30-2006.

ANDREA K. NADELMAN, EXAMINING ATTORNEY

EXHIBIT ___A___
PAGE ___20___

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,183,663
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1998; IN COMMERCE 3-0-1999.

OWNER OF U.S. REG. NOS. 2,284,308, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES ON A SIZE ADJUSTING BAR AT THE REAR OF THE HEADWEAR. THE DOTTED OUTLINE OF THE VISOR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK

SEC. 2(F).

SER. NO. 78-802,551, FILED 1-30-2006.

JEAN IM, EXAMINING ATTORNEY

EXHIBIT _____ A
PAGE _____ 21

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,236,505**

**United States Patent and Trademark Office**     Registered May 1, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)

ADI-DASSLER-STRASSE 1

HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 2,284,308, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING FROM THE REAR OF THE HEADWEAR TO THE TOP OF THE HEADWEAR. THE DOTTED OUTLINE OF THE HAT, BRIM AND STRAP ARE NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-802,476, FILED 1-30-2006.

KELLY MCCOY, EXAMINING ATTORNEY

EXHIBIT __A__
PAGE __22__

# EXHIBIT B

**Disputed Footwear**



EXHIBIT __B__

PAGE __23__