Dennis Wilson (Bar No. 155407)
Email: DWilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
Email: DCaplan@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Of Counsel:
R. Charles Henn Jr.
Email: CHenn@KilpatrickStockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiffs adidas America, Inc. and adidas AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| adidas AMERICA, INC., and adidas AG,<br><br>   Plaintiffs,<br><br>  v.<br><br>HAPPY NEW STAR, INC., J&C (USA) GROUP, INC., KAREN & DAVID (USA) INC., MAXWELL INT'L GROUP, MULTIWEAR CORP., PAL MAL INT'L INC., individually and d/b/a BOZZ and AIR-MAX TRADING INC., MEI AO HANG SHOES INC., and JIE MING YE, individually and d/b/a as MEI AO HANG SHOES INC.,<br><br>   Defendants. | Case No. 2:09-cv-09058 CAS (FMOx)<br><br>**PERMANENT INJUNCTION ON CONSENT (REGARDING MULTIWEAR CORP.)** |

1  This Court, having considered the Complaint on file in this action, and Multiwear
2  Corp. ("Multiwear"), a California corporation, having consented to the terms of the
3  permanent injunction set forth below, this Court hereby finds as follows:
4      1. Plaintiffs adidas AG and adidas America, Inc. (collectively, "adidas") own
5  and extensively use the Three-Stripe trademark (the "Three-Stripe Mark"), which is
6  covered by valid U.S. Trademark Registration Nos. 870,136, 961,353, 1,815,956,
7  1,833,868, 2,016,963, 2,058,619, 2,278,589, 2,278,591, 2,284,308, 2,909,861,
8  2,999,646, 3,029,127, 3,029,129, 3,029,135, 3,063,742, 3,063,745, 3,087,329,
9  3,183,656, 3,183,663, and 3,236,505 (the "Three-Stripe Registrations").  Copies of the
10 Three-Stripe Registrations are attached hereto collectively as **Exhibit A**.
11     2. On December 9, 2009, adidas filed a complaint in the instant action
12 claiming, *inter alia*, that Multiwear advertised, distributed, offered for sale and sold
13 footwear bearing two parallel stripes in a manner that infringes adidas's rights in and
14 dilutes the distinctive quality of adidas's Three-Stripe Mark (the "Disputed Footwear").
15 A photograph of a representative example of the Disputed Footwear is attached hereto
16 as **Exhibit B**.
17     3. This Court has jurisdiction over the subject matter of this action and over
18 Multiwear and venue in this action is proper in this judicial district.
19 **IT IS HEREBY ORDERED** that:
20     1. Multiwear and all its agents, officers, employees, representatives,
21 successors, assigns, attorneys, and all other persons acting for, with, by, through, or
22 under authority from Multiwear, or in concert or participation with Multiwear, and each
23 of them, be PERMANENTLY ENJOINED and RESTRAINED, from:
24         a. manufacturing, selling, offering for sale, advertising, promoting,
25           distributing or displaying the Disputed Footwear; and
26         b. manufacturing, selling, offering for sale, advertising, promoting,
27           distributing or displaying any other footwear bearing the Three-
28           Stripe Mark or any other confusingly similar imitation of adidas's

      Three-Stripe Mark, including without limitation any footwear with one additional stripe (i.e., four stripes) or less one of the three stripes (i.e., two stripes);

    c. The Court shall have continuing jurisdiction to enforce the provisions of the permanent injunction entered herein.

IT IS SO ORDERED, this 8th day of June, 2010.

*/s/ Christina A. Snyder*
_____
The Honorable Christina A. Snyder
United States District Judge

CONSENTED TO BY:

_____
Cameron A. Hopkins, Esq.
865 S. Figueroa Street, Suite 1388
Los Angeles, California 90017
Attorney for MULTIWEAR CORP.
Date:_____

AND BY:

_____
R. Charles Henn Jr.
Kilpatrick Stockton LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309
Attorney for ADIDAS AG & ADIDAS AMERICA, INC.
Date:_____